1  DOUGLAS A. SCULLION (State Bar No. 215339)
   doug.scullion@dentons.com
2  MEGAN BARKER (State Bar No. 245991)
   megan.barker@dentons.com
3  DENTONS US LLP
   525 Market Street, 26th Floor
4  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
5  Facsimile: (415) 882-0300

6  Attorneys for Plaintiff
   THE LINCOLN NATIONAL LIFE
7  INSURANCE COMPANY

8  JON R. VAUGHT (State Bar No. 114590)
   jon@vaughtboutsris.com
9  LAUREN G. DISSTON (State Bar No. 212039)
   VAUGHT & BOUTSRIS, LLP
10 7677 Oakport Street, Suite 1140
   Oakland, CA 94621
11 Telephone: (510) 430-1518
   Facsimile: (510) 382-1166
12
   Attorneys for Defendant
13 TANYA MORRIS-HARVEY

14 ALAN E. KASSAN (State Bar No. 113864)
   akassan@kantorlaw.net
15 KANTOR & KANTOR, LLP
   19839 Nordhoff Street
16 Northridge, CA 91324
   Telephone: (818) 886-2525
17 Facsimile: (818) 350-6261

18 Attorneys for Defendant
   N.W. (a minor)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>N.W. (a minor), TANYA MORRIS-HARVEY,<br><br>Defendants. | Case No. 3:15-cv-05763 ~~EDL~~ EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
|---|---|

1    Plaintiff The Lincoln National Life Insurance Company and defendants N.W. (a minor)
2 and Tanya Morris-Harvey through their respective counsel of record, hereby stipulate and agree
3 as follows and respectfully request that the Court approve and give effect to their stipulation.

5    1.   This is an interpleader action.  As alleged in the Complaint, Lincoln was faced
6 with competing claims from defendants N.W. and Morris-Harvey to the proceeds of a group life
7 insurance policy.  Lincoln filed this interpleader action seeking a judicial determination of the
8 proper policy beneficiary.
9    2.   Defendant Morris-Harvey filed her Answer to the Complaint on January 18, 2016.
10 Defendant N.W. has not yet filed her response to the complaint.  Her deadline to do so is March
11 14, 2016.
12    3.   This Court issued an order on February 8, 2016 setting a Case Management
13 Conference for March 17, 2016, and the parties are required to file a joint Case Management
14 Conference Statement by no later than March 10, 2016.
15    4.   The parties respectfully request that the CMC be continued by 30 days, or to a
16 date thereafter that is convenient to the Court. This will allow N.W. to file her response to the
17 Complaint and give the parties additional time to meet and confer and prepare a joint Case
18 Management Conference Statement.

                              Respectfully submitted,

Dated:  March 7, 2016              DENTONS US LLP


                              By   */s/Douglas A. Scullion*
                                 DOUGLAS A. SCULLION

                                 Attorneys for Plaintiff
                                 THE LINCOLN NATIONAL LIFE INSURANCE
                                 COMPANY

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

| | | |
|---|---|---|
| 1 | Dated: March 7, 2016 | VAUGHT & BOUTSRIS, LLP |
| 2 | | |
| 3 | | By  /s/Jon R. Vaught |
| 4 | | JON R. VAUGHT |
| 5 | | Attorneys for Defendant TANYA MORRIS-HARVEY |
| 6 | Dated: March 7, 2016 | KANTOR & KANTOR, LLP |
| 7 | | |
| 8 | | By  Alan E. Kassan |
| 9 | | ALAN E. KASSAN |
| 10 | | Attorneys for Defendant N.W. (a minor) |

### [PROPOSED] ORDER

It is hereby ordered that:

The currently scheduled case management conference is continued to 4/14/16 at 9:30 a.m.

Dated:  3/8/2016

_____
Hon. Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

CASE NO. 3:15-cv-05763 EDL                              JOINT STIP. TO CONTINUE CMC

3