DOUGLAS A. SCULLION (State Bar No. 215339)
doug.scullion@dentons.com
MEGAN BARKER (State Bar No. 245991)
megan.barker@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

JON R. VAUGHT (State Bar No. 114590)
jon@vaughtboutsris.com
LAUREN G. DISSTON (State Bar No. 212039)
VAUGHT & BOUTSRIS, LLP
7677 Oakport Street, Suite 1140
Oakland, CA 94621
Telephone: (510) 430-1518
Facsimile: (510) 382-1166

Attorneys for Defendant
TANYA MORRIS-HARVEY

ALAN E. KASSAN (State Bar No. 113864)
akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6261

Attorneys for Defendant
N.W. (a minor)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>N.W. (a minor), TANYA MORRIS-HARVEY,<br><br>            Defendants. | Case No.  3:15-cv-05763 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND FOR PARTIAL DISTRIBUTION OF INTERPLEADED FUNDS** |

## **JOINT STIPULATION**

Plaintiff The Lincoln National Life Insurance Company ("Lincoln") and defendants N.W. (a minor) and Tanya Morris-Harvey through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation and enter the attached proposed order for dismissal and partial distribution of the interpleaded funds.

1. This is an interpleader action. As alleged in the Complaint, Lincoln was faced with competing claims from defendants N.W. and Tanya Morris-Harvey (collectively, "Defendants") to the proceeds of a group life insurance policy, Policy No. 000010131144 (the "Policy"). Consequently, on December 16, 2016, Lincoln filed this interpleader action seeking a judicial determination of the proper policy beneficiary and an order discharging it from any further liability under the Policy.

2. On March 8, 2016, this Court entered an Order granting Lincoln motion for leave to deposit the Policy proceeds with the Court and, on March 11, 2016, Lincoln deposited with the Court Clerk the proceeds of the Policy, with interest, in the total sum of $101,443.84 (the "Deposited Funds").

3. Defendant Morris-Harvey filed her Answer to the Complaint on January 18, 2016. Defendant N.W. filed her response to the complaint on March 9, 2016. Both allege they were the sole designated beneficiary of the Policy at the time of the insured's death.

4. A Case Management Conference is currently scheduled in this matter for May 5, 2016, at 9:30 a.m.

5. Lincoln asserts no claim to any portion of the Deposited Funds, and neither Defendant asserts any claim against Lincoln.

6. THE PARTIES THEREFORE AGREE AND HEREBY STIPULATE that

1  Lincoln should be dismissed from this action, and that the sum of $7,500 be distributed from the
2  Deposited Funds to Lincoln as payment in full for whatever attorney's fees and costs Lincoln has
3  incurred in this matter.  Lincoln has also stipulated and agreed to produce its claim file to the
4  Defendants through its initial disclosures.

  7.  THE PARTIES FURTHER AGREE AND RESPECTFULLY REQUEST that the Court approve this Stipulation and enter the attached Proposed Order.

Respectfully submitted,

Dated:  April 29, 2016        DENTONS US LLP

By  */s/ Douglas A. Scullion*
DOUGLAS A. SCULLION
Attorneys for Plaintiff
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dated:  April 29, 2016        VAUGHT & BOUTSRIS, LLP

By  */s/ Jon R. Vaught*
JON R. VAUGHT
Attorneys for Defendant
TANYA MORRIS-HARVEY

Dated:  April 29, 2016        KANTOR & KANTOR, LLP

By  *Alan E. Kassan*
ALAN E. KASSAN
Attorneys for Defendant
N.W. (a minor)

# **[PROPOSED] ORDER**

Having considered the parties' attached Joint Stipulation dated April 21, 2016, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. Lincoln is dismissed with prejudice from this suit and discharged from any and all claims from the defendants N.W. (a minor) and Tanya Morris-Harvey the ("Defendants") relating to the Policy or the Deposited Funds;

2. The Defendants are enjoined from filing any suit against Lincoln relating to the Policy or the Deposited Funds in this or any other court; and

3. Lincoln is entitled to and will receive $7,500.00 in partial reimbursement of its costs and attorneys' fees from the Deposited Funds.  Upon entry of this Order the Clerk of the Court shall issue a check to Lincoln in the amount of $7,500.00, made payable as follows:

The Lincoln National Life Insurance Company
Tax ID No. 35-0472300
c/o Douglas A. Scullion
Dentons US LLP
525 Market Street, 26th Floor
San Francisco, CA, 94105

**IT IS SO ORDERED.**

Dated:  5/2/16



Hon. Edward M. Chen