UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>   v.<br><br>N. W., et al.,<br><br>          Defendants. | Case No.  15-cv-05763-EMC<br><br>**ORDER RE DEFENDANT'S LETTER OF MAY 13, 2016**<br><br>Docket No. 45 |

Previously, the Court asked Defendants to address the issue of whether there is ERISA jurisdiction over the instant case. *See* Docket No. 42 (civil minutes). Defendant N.W. submitted a letter in response. *See* Docket No. 45 (letter). The Court agrees that there is ERISA jurisdiction. *See, e.g.*, *Aetna Life Ins. Co. v. Bayona*, 223 F.3d 1030, 1033-34 (9th Cir. 2000) ("hold[ing] that interpleader is a cognizable action under ERISA section 1132(a)(3)(B)(ii)"); *see also Metro. Life Ins. Co. v. Parker*, 436 F.3d 1109 (9th Cir. 2006) (addressing interpleader action brought by life insurance company where there were three claimants to ERISA-governed life insurance policy).

**IT IS SO ORDERED**.

Dated: May 24, 2016

_____
EDWARD M. CHEN
United States District Judge