Alan E. Kassan – SBN 113864
akassan@kantorlaw.net
Mitchell O. Heftner – SBN 291985
mheftner@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Defendant
N.W. (a minor)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>N.W. (a minor) TANYA MORRIS-HARVEY<br><br>Defendants. | CASE NO:  3:15-cv-05763-EMC<br>**[PROP~~OS~~ED] ORDER RE DISTRIBUTION OF FUNDS AND DISMISSAL OF ACTION**<br><br>**Complaint Filed: December 16, 2015** |

After consideration of the pleadings in this action, Defendants' Stipulation of the Parties for Distribution of Funds and Dismissal, and good cause being shown, this Court hereby makes the following orders:

1.   That the remainder of the funds on deposit with the Court, relative to the life insurance benefits in dispute, shall be distributed, and the clerk of the Court shall forthwith issue checks to the Defendants as follows:

    N.W.:   Two-thirds (2/3) of the funds on deposit shall be made payable to "Alexis Moore, guardian for N.W, and the Kantor & Kantor, LLP Client Trust"

| | |
|---|---|
| Tanya Morris-Harvey: | One-third (1/3) of the funds on deposit shall be made payable to "Tanya Morris-Harvey, and her attorney, Jon Vaught" |

**IT IS SO ORDERED.**

Dated: November 21, 2016



Hon. Edward M. Chen

2

[PROPOSED] ORDER RE PETITION FOR COURT APPROVAL OF SETTLEMENT INVOLVING A MINOR AND ATTORNEYS FEES