Alan E. Kassan – SBN 113864
akassan@kantorlaw.net
Mitchell O. Heftner – SBN 291985
mheftner@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Defendant
N.W. (a minor)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>N.W. (a minor) TANYA MORRIS-HARVEY<br><br>Defendants. | CASE NO:  3:15-cv-05763-EMC<br>**[PRO~~PO~~OSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Complaint Filed: December 16, 2015** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

Dated:    3/2/17                               _____
                                               Hon. Edward M. Chen
                                               United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE